IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PROCTER & GAMBLE,
        Plaintiff
  v                                    Civil C-1-02-150

UNITED STATES OF AMERICA,
        Defendant.

### ORDER

Pursuant to the request by counsel, the Stay entered in this case on August 27, 2003 (see doc.#18) is hereby EXTENDED to September 1, 2004.

**IT IS SO ORDERED.**

                                      **s/Herman J. Weber**
                                Herman J. Weber, Senior Judge
                                United States District Court

*Rev.5/01*