IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, and SUBSIDIARIES, | : Civil Action No. C-1-02-150 |
| | : (Senior Judge Herman J. Weber) |
| Plaintiff, | : |
| | : **JOINT MOTION FOR EXTENSION OF** |
| vs. | : **STAY** |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

The parties hereto jointly move the Court for an extension of the present stay for a period of six (6) months for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

GERALD F. KAMINSKI
Assistant United States Attorney

/s/ Mark A. Vander Laan
Mark A. Vander Laan (0013297)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Phone: 513-977-8200
Facsimile: 513-977-8141
E-Mail: mark.vanderlaan@dinslaw.com

/s/ Stephen T. Lyons
Stephen T. Lyons (per e-mail dated 8/30/04)
Senior Trial Attorney
Tax Division
Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Phone: 202-307-6546
E-Mail: Stephen.t.lyons@usdoj.gov

**Attorney for Defendant**
**United States of America**

William H. Bradley, Esq.
Sutherland Asbill & Brennan LLP
Citigroup Center, Suite 2900
153 East 53rd Street
New York, New York 10022
Phone: 212-389-5000
Facsimile: 212-389-5099
E-Mail: bill.Bradley@sablaw.com

John H. Fleming, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
Phone: 404-853-8000

**Attorneys for Plaintiff**
**The Procter & Gamble Company**

## MEMORANDUM

During the period since the last status report, the parties have conferred with each other, and have reached a tentative agreement to resolve all the issues in the case. The proposed agreement is currently in the final stages of review at the Department of Justice. After that review is complete, the agreement must be finally approved by the Assistant Attorney General. It is then subject to review by the Joint Committee on Internal Revenue of the Congress before it can be finally accepted by either side. We expect that approximately six (6) months will be required to complete these steps. Accordingly, the parties request that the Court stay this matter until March 1, 2005.

Respectfully submitted,

GERALD F. KAMINSKI
Assistant United States Attorney

/s/ Mark A. Vander Laan
Mark A. Vander Laan (0013297)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Phone: 513-977-8200
Facsimile: 513-977-8141
E-Mail: mark.vanderlaan@dinslaw.com

/s/ Stephen T. Lyons
Stephen T. Lyons (per e-mail dated 8/30/04)
Senior Trial Attorney
Tax Division
Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Phone: 202-307-6546
E-Mail: Stephen.t.lyons@usdoj.gov

**Attorney for Defendant**
**United States of America**

William H. Bradley, Esq.
Sutherland Asbill & Brennan LLP
Citigroup Center, Suite 2900
153 East 53rd Street
New York, New York 10022
Phone: 212-389-5000
Facsimile: 212-389-5099
E-Mail: bill.Bradley@sablaw.com

John H. Fleming, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
Phone: 404-853-8000

**Attorneys for Plaintiff**
**The Procter & Gamble Company**