IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, and SUBSIDIARIES,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Action No. C-1-02-150<br>(Senior Judge Herman J. Weber)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF STAY [DOCUMENT NO. 20]** |

    Plaintiff, The Procter and Gamble Company ("Plaintiff"), and Defendant United States of America ("USA"), having filed a Joint Motion For Extension of Stay for a period of six (6) months to and including March 1, 2005 and the Court having considered said Motion find it to be well-taken.

    IT IS SO ORDERED.  This matter is stayed until March 1, 2005, at which time there will be a further report to the Court.

                                                                                              s/Herman J. Weber
                                                                                Senior Judge Herman J. Weber