IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THE PROCTER & GAMBLE COMPANY, :
and SUBSIDIARIES, : Civil Action No. C-1-02-150
 : (Senior Judge Herman J. Weber)
   Plaintiff, :
 : **JOINT MOTION FOR EXTENSION OF**
vs. : **STAY**
 :
UNITED STATES OF AMERICA, :
 :
   Defendant. :

  The parties hereto jointly move the Court for an extension of the present stay for a period of ninety (90) days for the reasons set forth in the accompanying memorandum.

           Respectfully submitted,

                  GERALD F. KAMINSKI
                  Assistant United States Attorney

/s/ Mark A. Vander Laan       /s/ Stephen T. Lyons
Mark A. Vander Laan (0013297)    Stephen T. Lyons
Dinsmore & Shohl LLP       Senior Trial Attorney
1900 Chemed Center        Tax Division
255 East Fifth Street        Department of Justice
Cincinnati, OH 45202        P.O. Box 55
Phone: 513-977-8200        Ben Franklin Station
Facsimile: 513-977-8141       Washington, D.C. 20044
E-Mail: mark.vanderlaan@dinslaw.com  Phone: 202-307-6546
                  E-Mail: Stephen.t.lyons@usdoj.gov

William H. Bradley, Esq.       **Attorney for Defendant**
Sutherland Asbill & Brennan LLP    **United States of America**
Citigroup Center, Suite 2900
153 East 53rd Street
New York, New York 10022
Phone: 212-389-5000
Facsimile: 212-389-5099
E-Mail: bill.Bradley@sablaw.com

John H. Fleming, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
Phone: 404-853-8000

**Attorneys for Plaintiff
The Procter & Gamble Company**

## MEMORANDUM

The parties have, during the period covered by the stay in proceedings granted by the Court in August 2004, continued their extensive and substantive negotiations to resolve all issues presented by this litigation. The parties have reached a tentative agreement, which is in the final stages of review by the Department of Justice. Because the agreed-upon resolution will, if finally accepted, involve a refund of taxes paid by Plaintiff, after the resolution is finally approved by the Assistant Attorney General of the United States, it must be submitted to the Congressional Joint Committee on Taxation before it can be finally accepted by the Department of Justice on behalf of the United States. The parties believe that these final review steps can be completed within 90 days, and accordingly request a further stay of 90 days. Should the Court grant this request, the parties would be prepared to provide the Court with an interim status report before the expiration of the requested stay. The parties believe that a stay will accomplish the ends of justice and preserve the resources of the parties and the Court.

Respectfully submitted,

                                                       GERALD F. KAMINSKI
                                                     Assistant United States Attorney

/s/ Mark A. Vander Laan                         /s/ Stephen T. Lyons
Mark A. Vander Laan (0013297)            Stephen T. Lyons
Dinsmore & Shohl LLP                          Senior Trial Attorney
1900 Chemed Center                             Tax Division
255 East Fifth Street                            Department of Justice
Cincinnati, OH 45202                         P.O. Box 55
Phone: 513-977-8200                         Ben Franklin Station
Facsimile: 513-977-8141                   Washington, D.C. 20044
E-Mail: mark.vanderlaan@dinslaw.com    Phone: 202-307-6546
                                                  E-Mail: Stephen.t.lyons@usdoj.gov

                                                  **Attorney for Defendant**
                                                  **United States of America**

William H. Bradley, Esq.
Sutherland Asbill & Brennan LLP
Citigroup Center, Suite 2900
153 East 53rd Street
New York, New York 10022
Phone: 212-389-5000
Facsimile: 212-389-5099
E-Mail: bill.Bradley@sablaw.com

John H. Fleming, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
Phone: 404-853-8000

**Attorneys for Plaintiff**
**The Procter & Gamble Company**

3