IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, and SUBSIDIARIES, | Civil Action No. C-1-02-150 (Senior Judge Herman J. Weber) |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF STAY** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties hereto jointly move the Court for an extension of the present stay for a period of ninety (90) days for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

GERALD F. KAMINSKI
Assistant United States Attorney

/s/ Mark A. Vander Laan
Mark A. Vander Laan (0013297)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Phone: 513-977-8200
Facsimile: 513-977-8141
E-Mail: mark.vanderlaan@dinslaw.com

/s/ Stephen T. Lyons
Stephen T. Lyons
Senior Trial Attorney
Tax Division
Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Phone: 202-307-6546
E-Mail: Stephen.t.lyons@usdoj.gov

**Attorney for Defendant
United States of America**

William H. Bradley, Esq.
Sutherland Asbill & Brennan LLP
Citigroup Center, Suite 2900
153 East 53rd Street
New York, New York 10022
Phone: 212-389-5000
Facsimile: 212-389-5099
E-Mail: bill.Bradley@sablaw.com

*Granted
HJWeber
HJW USDJ
3/21/05*