IN THE UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THE PROCTOR AND GAMBLE COMPANY
AND SUBSIDIARIES

    Plaintiffs,

v.

UNITED STATES OF AMERICA

    Defendant.

No. C-1-02-0150
(Senior Judge Herman J. Weber)

JOINT MOTION FOR EXTENSION
OF STAY

The parties hereto jointly move the Court for an extension of the present stay for a period of ninety (90) days to allow the United States to complete its computation of the amount due the plaintiff and issue the refund checks to it.

    Respectfully submitted,

GERALD F. KAMINSKI
Assistant United States Attorney

/s/Mark A. Vander Laan
Mark A. Vander Laan (0013297)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
513-977-8141
mark.vanderlaan@dinslaw.com

/s/ Stephen T. Lyons
STEPHEN T. LYONS
Senior Trial Attorney
Tax Division
Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
202-307-6546
stephen.t.lyons@usdoj.gov

William H. Bradley, Esq.
Sutherland Asbill & Brennan LLP
Citigroup Center, Suite 2900
153 East 53 Street
New York, New York 10022
212-389-5000
bill.bradley@sablaw.com

Attorneys for Defendant
United States of America

**GRANTED**
Herman J. Weber
HERMAN J. WEBER
SENIOR UNITED STATES DISTRICT JUDGE