IN THE UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THE PROCTER AND GAMBLE COMPANY
AND SUBSIDIARIES

    Plaintiffs,

v.

    No. C-1-02-0150
    (Senior Judge Herman J. Weber)

UNITED STATES OF AMERICA
    Defendant.

STIPULATION OF DISMISSAL

The parties hereby stipulate that the plaintiffs' complaint is to be dismissed with prejudice, each party to bear their own costs of litigation

_____
Mark A. Vander Laan (0013297)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
513-977-8141
mark.vanderlaan@dinslaw.com

_____
STEPHEN T. LYONS
Senior Trial Attorney
Tax Division
Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
202-307-6546
stephen.t.lyons@usdoj.gov

William H. Bradley, Esq.
Sutherland Asbill & Brennan LLP
Citigroup Center, Suite 2900
153 East 53 Street
New York, New York 10022
212-389-5000
bill.bradley@sablaw.com

Attorneys for Plaintiff
Proctor and Gamble, Inc.

Attorney for Defendant
United States of America

approved
HJW USDJ
4/27/06